# Exhibit A



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

### Court of Common Pleas

**New Case Electronically Filed:**
**February 19, 2018 13:26**

By: CORINNE A. HUNTLEY 0096865

Confirmation Nbr. 1305648

ROY E. WILLIAMS, JR.

vs.

TAKE 5 OIL CHANGE, LLC, ET AL.

CV 18 893192

**Judge:**  SHERRIE MIDAY

**Pages Filed:**  11

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| ROY E. WILLIAMS, JR.<br>5609 Grand Avenue<br>Cleveland, Ohio 44104 | CASE NO.<br><br>JUDGE: |
| Plaintiff, | |
| v. | **COMPLAINT FOR DAMAGES<br>AND INJUNCTIVE RELIEF** |
| TAKE 5 OIL CHANGE, LLC<br>2100 Lee Road<br>Cleveland Heights, Ohio 44118 | **(Jury demand endorsed herein)** |
| -and- | |
| TAKE 5 OIL CHANGE, LLC<br>2450 Severn Avenue<br>Metairie, Louisiana 70001 | |
| PLEASE SERVE STATUTORY<br>AGENT:<br>National Registered Agents, Inc.<br>4400 Easton Commons Way<br>Suite 125<br>Columbus, Ohio 43219 | |
| -and- | |
| DRIVEN BRANDS SHARED SERVICES,<br>LLC<br>2450 Severn Ave, Ste 308<br>Metairie, Louisiana 70001 | |
| PLEASE SERVE STATUTORY<br>AGENT:<br>National Registered Agents, Inc.<br>4400 Easton Commons Way<br>Suite 125<br>Columbus, Ohio 43219 | |
| -and- | |



The Employee's Attorney.™

RICK REID                              )
2100 Lee Road                          )
Cleveland Heights, Ohio 44118          )
                                       )
                        Defendants.    )

Plaintiff, Roy E. Williams, Jr. ("Williams"), by and through undersigned counsel, as his Complaint against Defendant, states and avers the following:

1. Williams is a resident of the city of Cleveland, Cuyahoga County, state of Ohio.

2. Defendant Take 5 Oil Change, LLC ("Take 5") is a Louisiana limited liability company with its principal place of business in the city of Metairie, state of Louisiana.

3. Defendant Take 5, at all times listed herein, operated a location at 2100 Lee Road, Cleveland Heights, Ohio 44118.

4. During all times material to this Complaint, Defendant Take 5 was an "employer" within the meaning of R.C. § 4112.01(A)(2).

5. Defendant Driven Brands Shared Services Inc. ("Driven Brands") is a Delaware limited liability company with its principal place of business in the city of Metairie, state of Louisiana.

6. Defendant Driven Brands, at all times listed herein, operated a location at 2100 Lee Road, Cleveland Heights, Ohio 44118.

7. During all times material to this Complaint, Driven Brands was an "employer" within the meaning of R.C. § 4112.01(A)(2).

8. Upon information and belief, Defendant Rick Reid ("Reid") is a resident of the State of Ohio.

9. Reid is, and, at all times hereinafter mentioned, was an individual who is a manager for Defendants.

10. Reid is, and, at all times hereinafter mentioned, was an individual who acted directly or indirectly as an agent in the interest of Defendants, and is an employer within the meaning of R.C. § 4112.01(A)(2).

2



The Employee's Attorney.™

11. At all times herein, Williams was acting in the course and scope of his employment.

12. All material events alleged in this Complaint occurred in Cuyahoga County.

13. Personal jurisdiction is proper over Defendants pursuant to Ohio R.C § 2307.382 (A)(1).

14. Venue is proper pursuant to Civ. R. 3(B)(2).

15. This Court is a court of general jurisdiction over the claims presented herein, including all subject matters of this Complaint.

## FACTS

16. Williams is a former employee of Defendants.

17. On or about November 23, 2015, Williams began working for Defendants as a Master Technician.

18. During Williams' employment with Defendants he was promoted to the position of Assistant Manager.

19. Williams was 40-years old at the time he was terminated from his employment with Defendants.

20. Williams was the oldest employee employed by Defendants at the 2100 Lee Road, Cleveland Heights, Ohio 44118 location.

21. Defendants' business model is based on expedient oil change services.

22. During training with Defendants, the trainer stated to Williams "if you can't do the job, get out now."

23. During training with Defendants, the trainer stated to Williams "now is the time to leave if you don't think you can physically do the work."

24. Williams was harassed by younger employees about his age.

25. Williams was harassed by younger employees about having grey hair.

26. Williams was harassed by younger employees about having salt and pepper hair on his head.

27. Williams was harassed by younger employees about having salt and pepper hair in his beard.



The Employee's Attorney.™

3

28. Williams was harassed by younger employees about being able to physically perform the duties of a technician.

29. Williams made complaints to Reid, Williams's supervisor, about the statements and treatment from employees regarding Williams' age.

30. Reid stated to Williams that Reid preferred to hire younger employees.

31. Reid stated to Williams that Reid preferred to hire younger employees because they were "easier to influence."

32. Reid stated to Williams that defendants preferred to hire younger employees because it was "easier for them to go out in the pit."

33. Williams discussed with Reid about employee discipline and Reid refused to allow Williams to discipline younger employees stating, "these are the guys that I can get in."

34. On or about August 28, 2017, Williams witnessed a younger employee, Austin, making two mistakes that could cause serious physical damage to a customer's car.

35. On or about August 28, 2017, Williams attempted to discipline Austin for making serious mistakes.

36. On or about August 28, 2017, in response to Williams' attempts to discipline Austin for making serious mistakes, Austin responded with verbal and physical threats toward Williams.

37. On or about August 28, 2017, Austin contacted non-employees to come to the Lee Road location where Williams was working, to confront Williams verbally and physically.

38. On or about August 28, 2017, one of the non-employees Austin invited onto the premises of the Lee Road location, brandished a weapon and threatened to use it on Williams.  ("August 28, 2017 Weapon Threat").

39. On or about August 28, 2017, Williams attempted to contact Reid for assistance and/or guidance on how to respond to the August 28, 2017 Weapon Threat, but Reid was unreachable.



40. In response to the August 28, 2017 Weapon Threat, Williams called the police.

41. On or about August 28, 2017, police came to disarm the confrontation at the Lee Road Location.

42. Based on the advice and counsel of the police officers Williams left the premises for his own safety, and the safety of others, and went home.

43. On or about August 29, 2017, Williams returned to work and was notified he was terminated as a result of the August 28, 2017 Weapon Threat.

44. Austin was not terminated for his involvement with the August 28, 2017 Weapon Threat.

45. Austin is significantly younger than Williams.

46. Upon information and belief, Austin is more than ten years younger than Williams.

47. Upon information and belief, Austin is not in a protected class based on his age.

48. At the time Williams was terminated, he was owed three weeks of wages from January 2017.

49. Defendants have failed to pay Williams for three weeks of wages from January 2017.

## COUNT I: AGE DISCRIMINATION IN VIOLATION OF R.C. § 4112.02 and R.C. § 4112.99

50. Williams restates each and every prior paragraph of this Complaint, as if it were fully restated herein.

51. Williams is 40-years old.

52. At all times relevant, Williams was a member of a statutorily-protected class under R.C. § 4112.01 *et seq*.

53. Defendants treated Williams differently from other similarly situated employees based on his age.

54. At the times relevant herein, Williams was fully qualified for his position and employment with the Defendants.

55. Williams, at age 40, was a member of a statutorily-protected class under R.C. § 4112.01 *et seq*. at the time he was terminated from his employment with the Defendants.

The Employee's Attorney.™

5

56. Williams was terminated from his employment on or around August 29, 2017.

57. Defendants violated R.C. § 4112.99 and R.C. § 4112.01 *et seq.* by discriminating against Williams based on his age.

58. Defendants violated R.C. § 4112.99 and R.C. § 4112.01 *et seq.* by terminating Williams based on his age.

59. Defendants violated R.C. § 4112.99 and R.C. § 4112.01 *et seq.* by showing a preference for hiring young employees.

60. Defendants violated R.C. § 4112.99 and R.C. § 4112.01 *et seq.* by using age as a factor in determining whether or not to hire an applicant for employment.

61. Defendants violated R.C. § 4112.99 and R.C. § 4112.01 *et seq.* by applying attendance and/or disciplinary polices in a disparate manner based on age.

62. As a direct and proximate result of the Defendants' conduct, Williams suffered and will continue to suffer damages, including economic, emotional distress and physical sickness damages.

**COUNT II: VIOLATION OF OHIO WHISTLEBLOWER STATUTE R.C. § 4113.52(B)**

63. Williams restates each and every prior paragraph of this Complaint, as if it were fully restated herein.

64. During his employment, Williams complained to Defendants Take 5 and Driven Brands regarding conduct that Williams reasonably believed to be a dangerous felony offense with the potential to cause serious and/or life-threatening damage to person or property in violation of Ohio laws.

65. Williams made a reasonable and good faith effort to determine the accuracy of his complaints prior to making them with Defendants Take 5 and Driven Brands.

66. Williams complained verbally and in writing to Defendants Take 5 and Driven Brands regarding this conduct.

The Employee's Attorney.™

6



67. Williams was terminated because of the reports of safety and potential damage to person or property made with Defendants Take 5 and Driven Brands.

68. As a direct and proximate cause of Defendants Take 5 and Driven Brands' conduct, Williams suffered and will continue to suffer damages.

## COUNT III: WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY

69. Williams restates each and every prior paragraph of this Complaint, as if it were fully restated herein.

70. A clear public policy exists and is manifested in Ohio statutes, and/or administrative regulations, or in the common law, for creating and maintaining a safe working environment for employees as codified in R.C. § 4101.11 and R.C. § 4101.12.

71. A clear public policy exists and is manifested in Ohio statutes, and/or administrative regulations, or in the common law, for avoiding dangerous and/or threatening conduct as codified in R.C. § 2917.01, *et seq.*

72. A clear public policy exists and is manifested in Ohio statutes, and/or administrative regulations, or in the common law, for avoiding dangerous and/or threatening conduct as codified in R.C. § 2923.01, *et seq.*

73. A clear public policy exists and is manifested in Ohio statutes, and/or administrative regulations, or in the common law, against terminating an employee based on his complaints of dangerous, unsafe, or illegal activity.

74. Defendants' termination of Williams jeopardizes these public policies.

75. Defendants' termination of Williams was motivated by conduct related to these public policies.

76. Defendants had no overriding business justification for terminating Williams.

77. As a direct and proximate cause of Defendants' wrongful conduct, Williams suffered and will continue to suffer damages.



The Employee's Attorney.™

7

## COUNT IV: RETALIATION IN VIOLATION OF O.R.C. § 4112.02(I)

78. Williams restates each and every prior paragraph of this Complaint, as if it were fully restated herein.

79. It is unlawful for an employer to "discriminate in any manner against any other person because that person has opposed any unlawful discriminatory practice defined in this section or because that person has made a charge, testified, assisted, or participated in any manner in any investigation, proceeding, or hearing under sections 4112.01 to 4112.07 of the Revised Code."

80. Williams formally reported harassment due to Williams' age to Defendants.

81. Williams formally reported unlawful disparate treatment in job applicants based on age to Defendants.

82. Williams opposed Defendants' stated unlawful practice of considering an applicant's age when determining whether or not to hire an applicant.

83. As a result of Williams' opposing unlawful harassment and discrimination based on age, Defendants terminated Williams' employment.

84. Defendants acted with actual malice when they retaliated against Williams.

85. Defendants' conduct was in violation of R.C. § 4112.02(I).

86. As a direct and proximate cause of Defendants' conduct, Williams has suffered and will continue to suffer damages.

87. As a direct and proximate cause of Defendants' conduct, Williams is entitled to all damages provided for under R.C. § 4112.01 *et seq.*, including liquidated damages, costs and reasonable attorney's fees.

## COUNT V: MINIMUM WAGES UNDER R.C. § 4112.02

88. Williams restates each and every prior paragraph of this Complaint, as if it were fully restated herein.



The Employee's Attorney.™     8

89. Pursuant to R.C. § 4111.02, an employer shall pay an employee at least minimum wage.

90. Pursuant to R.C. § 4111.10(A) and 29 U.S.C. § 216(b), any employer who pays any employee less than wages to which the employee is entitled to is liable to the employee affected for the full amount of the overtime wage rate, plus, under federal law, an equal amount in liquidated damages and mandatory attorneys' fees.

91. Williams worked for Defendants in January 2017.

92. Williams was never paid for work performed in January 2017.

93. As a result of Defendants' conduct, Williams was paid less than minimum wage for three weeks of work performed in January 2017.

94. As a direct and proximate cause of Defendant's conduct, Williams is entitled to the full amount of the overtime wage rate, plus, under federal law, an equal amount in liquidated damages and mandatory attorneys' fees pursuant to R.C. § 4111.13(B) and 29 U.S.C. § 215.

## COUNT VI: WITHHELD WAGES IN VIOLATION OF R.C. § 4113.15

95. Williams restates each and every prior paragraph of this Complaint, as if it were fully restated herein.

96. Pursuant to R.C. § 4113.15(A), an employer is prohibited from withholding a former employee's wages owed them prior to their separation of employment.

97. Pursuant to R.C. § 4113.15(B), if a former employee's wages remain unpaid for thirty days beyond the regularly scheduled payday, the former employee is entitled to both the amount originally owed, as well as, liquidated damages in an amount equal to six percent of the total amount or two hundred dollars, whichever is greater.

98. Williams was owed three weeks of wages from January 2017.

99. Williams was terminated on August 28, 2017.



100.    Williams was terminated with wages left owing that were beyond 30-days past due of a regularly scheduled payday.

101.    As a direct and proximate cause of Defendant's conduct, Williams is entitled to damages under R.C. § 4113.15 for the amount Williams is owed, plus liquidated damages.

### DEMAND FOR RELIEF

WHEREFORE, Plaintiff Roy E. Williams, Jr. respectfully requests that this Honorable Court grant the following relief:

(a) An award against Defendants of compensatory and monetary damages to compensate Williams for physical injury, physical sickness, lost wages, emotional distress, and other consequential damages, in an amount in excess of $25,000 per claim to be proven at trial;

(b) An award of punitive damages against Defendants in an amount in excess of $25,000;

(c) An award of reasonable attorneys' fees and non-taxable costs for Williams's claims as allowable under law;

(d) An award of the taxable costs of this action; and

(e) An award of such other relief as this Court may deem necessary and proper.

Respectfully submitted,

Corinne A. Huntley (0096865)
Barry R. Murner (0069195)
**THE SPITZ LAW FIRM, LLC**
25200 Chagrin Blvd, Ste 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email: corinne.huntley@spitzlawfirm.com
        barry.murner@spitzlawfirm.com



The Employee's Attorney.™

## JURY DEMAND

Plaintiff Roy E. Williams, Jr. demands a trial by jury by the maximum number of jurors permitted.

Corinne A. Huntley (0096865)



The Employee's Attorney.™                                    11

| CASE NO. | | SUMMONS NO. |
|----------|----|-------------|
| CV18893192 | D1 FX | 34584252 |

Rule 4 (B) Ohio

Rules of Civil Procedure

```
        ROY E. WILLIAMS, JR.          PLAINTIFF
                VS
  TAKE 5 OIL CHANGE, LLC, ET AL.      DEFENDANT
```

## SUMMONS

```
TAKE 5 OIL CHANGE, LLC
2100 LEE ROAD
CLEVELAND HEIGHTS OH 44118
```

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Plaintiff's Attorney

```
CORINNE A HUNTLEY
25200 CHAGRIN BLVD

SUITE 200
CLEVELAND, OH 44122-0000
```

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

**Case has been assigned to Judge:**

```
SHERRIE MIDAY
Do not contact judge. Judge's name is given for
attorney's reference only.
```



NAILAH K. BYRD
Clerk of the Court of Common Pleas

| DATE SENT |
|-----------|
| Feb 20, 2018 |

By_____
Deputy

COMPLAINT FILED   02/19/2018

CMSN130



February 24,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **789805115286**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | K.REID | **Delivery location:** | 2100 LEE RD |
| | | | CLEVELAND HEIGHTS, OH 44118 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Feb 23, 2018 11:52 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 789805115286 | **Ship date:** | Feb 20, 2018 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
TAKE 5 OIL CHANGE, LLC
2100 LEE ROAD
CLEVELAND HEIGHTS, OH 44118 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

**Reference**
**Invoice number**

CV18893192
34584252

Thank you for choosing FedEx.

SUMMONS IN CIVIL ACTION · COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER, CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. | |
|---|---|---|---|
| CV18893192 | D2 FX | 34584253 | |

Rule 4 (B) Ohio

Rules of Civil Procedure

ROY E. WILLIAMS, JR.              **PLAINTIFF**
VS
TAKE 5 OIL CHANGE, LLC, ET AL.    **DEFENDANT**

## SUMMONS

TAKE 5 OIL CHANGE, LLC
2450 SEVERN AVENUE
METAIRIE LA 70001

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Plaintiff's Attorney

CORINNE A HUNTLEY
25200 CHAGRIN BLVD

SUITE 200
CLEVELAND, OH 44122-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

**Case has been assigned to Judge:**

SHERRIE MIDAY
Do not contact judge. Judge's name is given for attorney's reference only.



NAILAH K. BYRD
Clerk of the Court of Common Pleas

| DATE SENT | |
|---|---|
| Feb 20, 2018 | By _____ |
| | Deputy |

COMPLAINT FILED    02/19/2018

CMSN130



February 24,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **789805116043**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | C.KOVACH | Delivery location: | 2450 SEVERN AVE 308 |
| | | | METAIRIE, LA 70001 |
| Service type: | FedEx Express Saver | Delivery date: | Feb 23, 2018 11:27 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 789805116043 | Ship date: | Feb 20, 2018 |
| | | Weight: | 0.5 lbs/0.2 kg |

Recipient:
TAKE 5 OIL CHANGE, LLC
2450 SEVERN AVENUE
METAIRIE, LA 70001 US

Shipper:
CCoC
1200 Ontario
Cleveland, OH 44113 US

Reference
Invoice number

CV18893192
34584253

Thank you for choosing FedEx.

CV18893192 / 34584253 / TAKE 5 OIL CHANGE, LLC / 2018-2-24 05:20

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18893192 | D3 FX | 34584254 |

Rule 4 (B) Ohio

Rules of Civil Procedure

ROY E. WILLIAMS, JR.    **PLAINTIFF**
VS
TAKE 5 OIL CHANGE, LLC, ET AL.    **DEFENDANT**

# SUMMONS

DRIVEN BRANDS SHARED SERVICES LLC
2450 SEVERN AVENUE, SUITE 308
METAIRIE LA 70001

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

**Plaintiff's Attorney**

CORINNE A HUNTLEY
25200 CHAGRIN BLVD

SUITE 200
CLEVELAND, OH 44122-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

**Case has been assigned to Judge:**

SHERRIE MIDAY
Do not contact judge. Judge's name is given for attorney's reference only.



NAILAH K. BYRD
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Feb 20, 2018 |

By _____
**Deputy**

COMPLAINT FILED   02/19/2018

CMSN130



February 24, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **789805116352**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | C.KOVACH | Delivery location: | 2450 SEVERN AVE 308 |
| | | | METAIRIE, LA 70001 |
| Service type: | FedEx Express Saver | Delivery date: | Feb 23, 2018 11:27 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 789805116352 | Ship date: | Feb 20, 2018 |
| | | Weight: | 0.5 lbs/0.2 kg |

Recipient:
DRIVEN BRANDS SHARED SERVICES LLC
2450 SEVERN AVENUE, SUITE 308
METAIRIE, LA 70001 US

Shipper:
CCoC
1200 Ontario
Cleveland, OH 44113 US

Reference
Invoice number

CV18893192
34584254

Thank you for choosing FedEx.

CV18893192 / 34584254 / DRIVEN BRANDS SHARED SERVICES LLC / 2018-2-24 05:20

| CASE NO. CV18893192 | D2 FX | SUMMONS NO. 34584255 |
|---|---|---|

Rule 4 (B) Ohio

Rules of Civil Procedure

ROY E. WILLIAMS, JR.    **PLAINTIFF**
VS
TAKE 5 OIL CHANGE, LLC, ET AL.    **DEFENDANT**

## SUMMONS

TAKE 5 OIL CHANGE, LLC
NATIONAL REG AGENTS INC STAT AGENT
4400 EASTON COMMONS WAY STE 125
COLUMBUS OH 43219-0000

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



**Plaintiff's Attorney**

CORINNE A HUNTLEY
25200 CHAGRIN BLVD

SUITE 200
CLEVELAND, OH 44122-0000

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

**Case has been assigned to Judge:**

SHERRIE MIDAY
Do not contact judge. Judge's name is given for attorney's reference only.

NAILAH K. BYRD
Clerk of the Court of Common Pleas



| DATE SENT Feb 20, 2018 | By _____ Deputy |
|---|---|

COMPLAINT FILED    02/19/2018

CMSN130



February 24,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **789805116400**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | S.SULLENBERGER | Delivery location: | 4400 EASTON CMNS 125 |
| | | | COLUMBUS, OH 43219 |
| Service type: | FedEx Express Saver | Delivery date: | Feb 23, 2018 09:16 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 789805116400 | Ship date: | Feb 20, 2018 |
| | | Weight: | 0.5 lbs/0.2 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| TAKE 5 OIL CHANGE, LLC | CCoC |
| NATIONAL REG AGENTS INC STAT AGENT | 1200 Ontario |
| 4400 EASTON COMMONS WAY STE 125 | Cleveland, OH 44113 US |
| COLUMBUS, OH 43219 US | |
| **Reference** | CV18893192 |
| **Invoice number** | 34584255 |

Thank you for choosing FedEx.

CV18893192 / 34584255 / TAKE 5 OIL CHANGE, LLC / 2018-2-24 05:20

| CASE NO.<br>CV18893192 | D3 FX | SUMMONS NO.<br>34584256 |
|---|---|---|

Rule 4 (B) Ohio

Rules of Civil
Procedure

ROY E. WILLIAMS, JR.    **PLAINTIFF**
VS
TAKE 5 OIL CHANGE, LLC, ET AL.    **DEFENDANT**

## SUMMONS

DRIVEN BRANDS SHARED SERVICES LLC
C/O NATIONAL REG AGENTS INC S/A
4400 EASTON COMMONS WAY STE 125
COLUMBUS OH 43219-0000

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



**Plaintiff's Attorney**

CORINNE A HUNTLEY
25200 CHAGRIN BLVD

SUITE 200
CLEVELAND, OH 44122-0000

Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

**Case has been assigned to Judge:**

SHERRIE MIDAY
Do not contact judge. Judge's name is given for
attorney's reference only.



NAILAH K. BYRD
Clerk of the Court of Common Pleas

| DATE SENT<br>Feb 20, 2018 | By _____<br>Deputy |
|---|---|

COMPLAINT FILED    02/19/2018

CMSN130



February 24, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **789805116205**.

---

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | S.SULLENBERGER | Delivery location: | 4400 EASTON CMNS 125 |
| | | | COLUMBUS, OH 43219 |
| Service type: | FedEx Express Saver | Delivery date: | Feb 23, 2018 09:16 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 789805116205 | Ship date: | Feb 20, 2018 |
| | | Weight: | 0.5 lbs/0.2 kg |

**Recipient:**
DRIVEN BRANDS SHARED SERVICES LLC
C/O NATIONAL REG AGENTS INC S/A
4400 EASTON COMMONS WAY STE 125
COLUMBUS, OH 43219 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

**Reference**
**Invoice number**

CV18893192
34584256

Thank you for choosing FedEx.

CV18893192 / 34584256 / DRIVEN BRANDS SHARED SERVICES LLC / 2018-2-24 05:20

**IN THE COURT OF COMMON PLEAS**
**CUYAHOGA COUNTY, OHIO**

ROY E. WILLIAMS, JR.,

     Plaintiff,

     v.

TAKE 5 OIL CHANGE, LLC, *et al.*,

     Defendants.

Case No. CV 18 893192

Judge Sherrie Miday

**LOCAL RULE 8.0(C) STIPULATED EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Local Rule 8.0(C) of the Local Rules of the Cuyahoga County Common Pleas Court, the undersigned parties hereby stipulate that Defendants Take 5 Oil Change, LLC and Driven Brands Shared Services, LLC shall have a 7-day extension of time in which to answer, plead, or otherwise move in response to the Plaintiff's Complaint in this matter. The original deadline for Defendant to answer or otherwise respond was March 23, 2018. With this stipulation, the new deadline to answer or otherwise respond is **March 30, 2018**. Defendants have not previously sought an extension of time under Local Rule 8.0(C), and the total aggregate extension time for Defendant to answer or otherwise respond does not exceed 30 days.

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| /s/ Corinne A. Huntley (per 3/23/18 authority) | /s/ Carrie M. Lymanstall |
| Corinne A. Huntley (0096865) | Shawn J. Organ (0042052) |
| Barry R. Murner (0069195) | Carrie M. Lymanstall (0084393) |
| The Spitz Law Firm, LLC | **ORGAN COLE LLP** |
| 25200 Chagrin Blvd., Suite 200 | 1330 Dublin Road |
| Beachwood, OH 44122 | Columbus, OH 43215 |
| Telephone: 216.291.4744 | Telephone: 614.481.0900 |
| Facsimile: 216.291.5744 | Facsimile: 614.481.0904 |
| corinne.huntley@spitzlawfirm.com | sjorgan@organcole.com |
| barry.murner@spitzlawfirm.com | cmlymanstall@organcole.com |

*Attorneys for Plaintiff Roy E. Williams, Jr.*

*Attorneys for Defendants Take 5 Oil Change, LLC and Driven Brands Shared Services, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 23, 2018, a true and accurate copy of the

foregoing document was served via the Court's Electronic Filing system and U.S. mail, postage

prepaid, upon:

Corinne A. Huntley (0096865)
Barry R. Murner (0069195)
The Spitz Law Firm, LLC
25200 Chagrin Blvd., Suite 200
Beachwood, OH 44122
*Attorneys for Plaintiff Roy E. Williams, Jr.*

Rick Reid
2100 Lee Road
Cleveland Heights, OH 44118
*Defendant*

/s/ Carrie M. Lymanstall
*One of the Attorneys for Defendants Take 5
Oil Change, LLC and Driven Brands Shared
Services, LLC*