FILED

18 MAY 25 PM 3: 16

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROy WILLIAMS, JR., ) Case No. 1:18cv690
)
   Plaintiff, )
)
-vs- ) **STIPUTLATED DISMISSAL ENTRY**
)
TAKE 5 OIL CHANGE, LLC et al., )
)
   Defendant(s). )

    The Court held a Case Management Conference May 25, 2018, at which time the Court mediated a settlement. Accordingly, we, the attorneys for the respective parties, do hereby stipulate that the above-captioned case is settled and dismissed with prejudice, each party to pay its own costs.

    The Court retains jurisdiction to ensure that the settlement agreement is executed..

_____  _____
Attorney for Plaintiff  Attorney(s) for Defendant

**IT IS SO ORDERED.**

_____
Dan Aaron Polster
United States District Judge